**O**

# United States District Court
# Central District of California

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR SERVERTIS REO PASS-THROUGH TRUST I,<br><br>                    Plaintiff,<br><br>        v.<br><br>STACIA TRIMMER, DARRYL JONES AND Does Occupants 1 through 10,<br><br>                    Defendants. | Case № 2:14-cv-09766-ODW-AS<br><br>**ORDER COMPELLING PLAINTIFF TO SUBMIT FURTHER EVIDENCE IN SUPPORT OF RECOVERY OF ATTORNEY FEES AND COSTS** |

On March 20, 2012, U.S. Bank N.A., as Trustee for SerVertis REO Pass-Through Trust I ("U.S. Bank"), filed suit in Los Angeles Superior Court for Unlawful Detainer against Stacia Trimmer and Darryl Jones.  (ECF No. 1, Ex. A.)   On December 22, 2014, Mary Jones filed a Notice of Removal to United States District Court, Central District of California.  (ECF No. 1.)  U.S. Bank subsequently filed a Notice of Motion and Motion to Remand.  (ECF No. 10.)

The evidence provided by U.S. Bank in support of its Motion to Remand is insufficient to award attorney fees and costs incurred in filing its Motion because it fails to provide an amount and adequate documentation of its entitlement for recovery. Therefore, the Court **ORDERS** U.S. Bank to submit a detailed accounting of U.S.

1   Bank's attorneys' fees and costs incurred in filing its Motion to Remand.

2   **If U.S. Bank fails to provide the requested evidence by Wednesday, April 1,**

3   **2015, the Court will deny Plaintiff's recovery of attorneys' fees and costs in the**

4   **Court's forthcoming order ruling on Plaintiff's Motion to Remand.**

5   **IT IS SO ORDERED.**

6   March 25, 2015

7

8   _____

9   **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28